(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Coy Bailey

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Perry Phelps

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. _____
(To be assigned by Clerk's Office)

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

__BAILEY, COY_____
Name (Last, First, MI)                    Aliases

__#00091240_____
Prisoner ID #

__JTVCC_____
Place of Detention

__1181 Paddock Rd_____
Institutional Address

__New Castle Co. Smyrna,__ __DE__ __19977__
County, City                State     Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **PHELPS, PERRY**
Name (Last, First)

**DOC Commissioner**
Current Job Title

**245 McKee Rd**
Current Work Address

**Kent Co. Dover, DE 19904**
County, City / State / Zip Code

Defendant 2: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City / State / Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3: _____

        Name (Last, First)

_____

        Current Job Title

_____

        Current Work Address

_____

        County, City         State         Zip Code

Defendant 4: _____

        Name (Last, First)

_____

        Current Job Title

_____

        Current Work Address

_____

        County, City         State         Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: JTVCC Infirmary

Date(s) of occurrence: March 2018

State which of your federal constitutional or federal statutory rights have been violated:

8th Amendment right to be free from cruel and unusual punishment, excessive force violation, denial of medical care, Americans with disability Act violation, Abuse of Elderly infirm.

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

What happened to you?

Plaintiff Bailey is an elderly inmate housed at JTVCC for decades. Bailey has numerous serious medical disabilities and infirmarys including but not limited to: Hearing loss to near deafness, debilitating pain, long standing untreated mental illness from such disabilites of medical nature.

In March 2018, Bailey was severly beaten in JTVCC Infirmary (D-building) by an officer. The arms of Bailey were cuffed behind tightly and wrenched up very highly behind his back. Bailey's wrists are still bleeding over a few weeks after. Bailey is in extreme pain. He was in the (INF) to get hearing aid battery replacement. He was not violent, no reason for such excessive force. He could not hear any commands properly to

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

> **Who did what?**

respond). This was done on video, now recently upgraded in response to SGT. Floyd's death. Mr. Bruce Mason was present, and witnessed the abuse in part. The cause of action is violation of 8th Amendment of U.S. Constitution, by Bailey being subjected to inadequate medical care, and inadequate officer protection. Phelps as DOC commissioner is responsible for the health and safety of all inmates in DOC of Delaware's care, as such he is liable in his personal capacity due to his reckless and wanton indifference to Bailey's serious medical needs. This is done by Phelps deliberatly, as this sort of gross negligence is oft reported and cronicaled in his department by other inmates familys and Delaware news agencys. Phelps is well aware his indifferces to care can and will cause severe, permenant and deadly harm. Phelps is abusing a vulnerable and disabled population in his ultimate care, in violation of protections afforded Bailey under the American's with disability's Act (ADA).

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

| Was anyone else involved? |
|---|

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution? ☑ Yes ☐ No

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No
    If no, explain why not:

Is the grievance process completed? ☑ Yes ☐ No
    If no, explain why not:
Process at Vaughn C.C. well known to be ineffective to protect plaintiffs rights, as in Brown v. Croak (3rd. cir.) U.S. Ct of Appeals

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Disabled Bailey requests counsel appointment, declarative and injunctive relief, and monetary compensation for punitive and compensatory relief in and for his pain, suffering, permanent scarring and harm inflicted by Phelps Warton deliberate indifference thru excessive force and denial of adequate medical care. Bailey attempts to procure medical records to supplement this filing, done with inmate West's assistance. x /s/ _____
    Clark also West

Page 8 of 10

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☑ No

   If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

### IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_____    _____
Dated                                                          Plaintiff's Signature

__BAILEY, COY_____
Printed Name (Last, First, MI)

__00091240_____
Prison Identification #

__1181 Paddock Rd.___ __Smyrna__ / __DE__ / __19977__
Prison Address                  City                  State       Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**