(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Coy E Bailey, Jr, Coy E Bailey JR

**FILED**
APR 25 2018
US DISTRICT COURT
DISTRICT OF DELAWARE

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Perry Phelps

Civ. Action No. _____
(To be assigned by Clerk's Office)

## COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

BAILEY, COY, JR.
Name (Last, First, MI) / Aliases

#00091240
Prisoner ID #

JTVCC
Place of Detention

1181 Paddock Rd
Institutional Address

New Castle Co. Smyrna, DE 19977
County, City / State / Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __PHELPS, PERRY__
Name (Last, First)

__DOC Commissioner__
Current Job Title

__245 McKee Rd__
Current Work Address

__Kent Co. Dover,__  __DE__  __19904__
County, City           State           Zip Code


Defendant 2: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City           State           Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Defendant(s) Continued**

Defendant 3: _____
　　　　　　　Name (Last, First)

　　　　　　　_____
　　　　　　　Current Job Title

　　　　　　　_____
　　　　　　　Current Work Address

　　　　　　　_____　　State　　　　Zip Code
　　　　　　　County, City

Defendant 4: _____
　　　　　　　Name (Last, First)

　　　　　　　_____
　　　　　　　Current Job Title

　　　　　　　_____
　　　　　　　Current Work Address

　　　　　　　_____　　State　　　　Zip Code
　　　　　　　County, City

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: JTVCC Infirmary

Date(s) of occurrence: March 2018

State which of your federal constitutional or federal statutory rights have been violated:

8th Amendment right to be free from Cruel and unusual punishment, excessive force violation, denial of medical care, Americans with disability Act violation, Abuse of Elderly infirm.

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

> **What happened to you?**

Plaintiff Bailey is an elderly inmate housed at JTVCC for decades. Bailey has numerous serious medical disabilities and infirmarys including but not limited to: Hearing loss to near deafness, debilitating pain, longstanding untreated mental illness from such disabilities of medical nature.

C/O CONNER

In March 2018, Bailey was severly beaten in JTVCC Infirmary (D-building) by an officer CONNER. The arms of Bailey were cuffed behind tightly and wrenched up very highly behind his back. Bailey's wrists are still bleeding over a few weeks after. Bailey is in extreme pain. He was in the (INF) to get hearing aid battery replacement. He was not violent, no reason for such excessive force. He could not hear any commands properly to

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

> **Who did what?**

respond). This was done on video, now recently upgraded in responze to SGT. Floyd's death. Mr. Bruce Mason was present, and witnessed the abuse in part. The cause of action is violation of 8th Amendment of U.S. Constitution, by Bailey being subjected to inadequate medical care, and inadequate officer protection. Phelps as DOC commissioner is responsible for the health and safety of all inmates in DOC of Delaware's care, as such he is liable in his personal capacity due to his reckless and wanton indifference to Bailey's serious medical needs. This is done by Phelps deliberatly, as this sort of gross negligence is oft reported and cronicaled in his department by other inmates familys and Delaware news agencys. Phelps is well aware his indifferces to care can and will cause severe, permenant and deadly harm. Phelps is abusing a vulnerable and disabled population in his ultimate care, in violation of protections afforded Bailey under the Americans with disability's Act (ADA).

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

Was anyone else involved?

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
If no, explain why not:

Is the grievance process completed?   ☑ Yes   ☐ No
If no, explain why not: Process at Vaughn C.C. well known to be ineffective to protect plaintiffs rights, as in Brown v. Croak (3rd. cir). U.S. Ct of Appeals

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Disabled Bailey requests counsel appointment, declarative and injunctive relief, and monetary compensation for punitive and compensatory relief in and for his pain, suffering, permanent scarring and harm inflicted by Phelps Wariton deliberate indifference thru excessive force and denial of adequate medical care. Daily attempts to procure medical records to supplement this filing, done with inmate West's assistance.

X _/s/_
Christopher West

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☒ No

       If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_____        _____
Dated                              Plaintiff's Signature

__BAILEY, COY__
Printed Name (Last, First, MI)

__000924__
Prison Identification #

__1181 Paddock Rd.__  __Smyrna__, __DE__  __19977__
Prison Address                City         State    Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

RECEIVED
APR 06 2018
MAIN LAW LIBRARY

LAW LIBRARY
GENERAL REQUEST FORM

Building # __B__
Cell # __4__
Tier # __A__

This request should be used to request general information, case law and/or photocopies from the Law Library. <u>Case law is on loan only!</u> It must be returned to receive any new case law, which is usually loaned out on a five for five basis.

Please E-file. (§1983 in U.S. Dist. Ct.)
Dist. of DE
Thanx.

Name __Coy Bailey__  S.B.I. __00091240__  Date __4/4/18__
_Coy E Bailey Jr_
Date Received: __4/6/18__                Date Sent: __4/6/18__
Materials Sent: __e-file confirmation__

Staff Note: _____

Staff Initials: __JB__



