IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COY E. BAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 18-522-GMS |
| | ) |
| PERRY PHELPS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 12th day of June , 2018;

IT IS ORDERED that:

The plaintiff's complaint is dismissed without prejudice for failure to comply with the

court's April 26, 2018 order.  (D.I. 5)  The order notified the plaintiff that, within thirty days

from the date of the order, he was required to submit a request to proceed in forma pauperis and

a certified copy of his prison trust fund account statement (memorandum or institutional

equivalent, with attachments) showing all deposits, expenditures and balances during the six-

month period immediately preceding the filing of the complaint, obtained from the appropriate

official at each institution at which he is confined.  The order further notified the plaintiff that his

failure to comply with the order would result in dismissal of the case.

UNITED STATES DISTRICT JUDGE